# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131203 & (13)(14)(15)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                              SC: 131203
                                               COA: 269121
                                               Jackson CC: 90-053331-FC
LONZIE WAYNE MCQUIRTER,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the April 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for appointment of counsel, motion to remand, and motion for miscellaneous relief are DENIED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023                                          Clerk